## Deanovich v. Mendlowitz (et al., Appellant).

 order by Doyle, J. Submitted April 17, 1975. *Aaron Cohen,* for appellant; *Harvey E. Schauffler, Jr.,* for appellee.

Opinion Per Curiam: This is an appeal from an order dismissing preliminary objections in the nature of a motion for a more specific pleading. The order is interlocutory and not appealable. Cf. *Tewold v. Keystone Tankship Corp.,* 418 Pa. 299, 210 A.2d 268 (1965). Appeal quashed; petition for reargument refused July 24, 1975.

## Harris Adoption.

Submitted March 17, 1975. *Edward K. Nichols, Jr.,* and *Nichols and Nichols,* for appellant; *Eric L. Lilian,* for appellee.

Order affirmed.

## Lawrence Appeal.

Submitted December 6, 1974. *Suanne Smith* and *Joseph M. Casey,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *John Cooper, Mark Sendrow, Bonnie Brigance Leadbetter,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for appellee.

Order affirmed.